<pre>
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NORTH CAROLINA
                           SOUTHERN DIVISION
</pre>

| | | |
|---|---|---|
| JACKIE HILDRETH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>Defendant. | ) ) ) ) ) | 7:22-CV-106-BO-RJ |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 15] is GRANTED and defendant's motion [DE 18] is DENIED. The decision of the Commissioner is REMANDED for further proceedings consistent with the foregoing.

**This judgment filed and entered on July 17, 2023, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Brittany Gigliotti (via CM/ECF NEF)
Kenneth DiVito (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)

July 17, 2023

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk